**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 19-6061**

ANTHONY E. VAZQUEZ,

        Petitioner - Appellant,

    v.

J. RAY ORMOND, Warden,

        Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:18-cv-00144-LMB-JFA)

Submitted: June 7, 2019                     Decided: July 3, 2019

Before KING, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony E. Vazquez, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony E. Vazquez, a federal prisoner, appeals the district court's orders dismissing his 28 U.S.C. § 2241 (2012) petition and denying reconsideration. The court determined that Vazquez could not proceed under 28 U.S.C. § 2241 because his petition did not satisfy the criteria articulated in *United States v. Wheeler*, 886 F.3d 415, 429 (4th Cir. 2018), *cert. denied*, 139 S. Ct. 1318 (2019). We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm the district court's orders. *See Vazquez v. Ormond*, No. 1:18-cv-00144-LMB-JFA (E.D. Va. July 23, 2018; filed Nov. 26, 2018, entered Nov. 27, 2018). We deny a certificate of appealability as unnecessary. *See* 28 U.S.C. § 2253(c)(1)(B) (2012); *United States v. McRae*, 793 F.3d 392, 400 (4th Cir. 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*